IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

SHERRY M. DOWNING,

                Plaintiff,          1:12-CV-1817-PA

**TEMPORARY RESTRAINING ORDER**

    v.

BANK OF AMERICA N.A. and
QUALITY LOAN SERVICE
CORPORATION OF WASHINGTON,

                Defendants.

---

**SIMON, District Judge.**

    Plaintiff seeks an ex parte temporary restraining order to
enjoin the foreclosure sale of her house. Plaintiff alleges the
house is scheduled for a foreclosure sale on October 15, 2012 and
defendants have not complied with the legal requirements for a
valid non-judicial foreclosure. Plaintiff alleges MERS is the
named beneficiary on the deed of trust. Plaintiff also alleges

1 - ORDER

the loan involved was securitized and that there is no record of
the transfer of the beneficial interest in the deed of trust to
the "Depositor" of the trust.

In Oregon, a party initiating non-judicial foreclosure
proceedings must record all assignments of the trust deed. ORS
86.735(1); Hooker v. Northwest Trustee Services, Inc., 2011 WL
2119103, *3 (D. Or. May 25) (internal citation omitted; James v.
Recontrust Co., et al, 845 F.Supp.2d 1145, 1147 (D. Or. 2012).
Under the Oregon Trust Deed Act, all assignments of legal and
equitable title, including any assignments of the beneficial
interest in the deed of trust, must be recorded. James, 845
F.Supp.2d at 1168.

Because of the alleged imminent foreclosure sale, and
because plaintiff's allegations demonstrate a sufficient
likelihood of success on the merits of her claim that defendants
did not comply with the recording requirements of the Oregon
Trust Deed Act, I grant plaintiff's request for a temporary
restraining order (#2). Defendants, and their officers and
agents, and other persons in active concert or participation with
defendants, who receive actual notice of this order, are
restrained from conducting a foreclosure sale of the following
property: 2676 Village Boulevard, White City, Oregon, from this
day until Wednesday, October 24, 2012, at 5:00 p.m. Judge Owen M.
Panner will hold a telephonic hearing on whether to issue a

2  - ORDER

preliminary injunction at 9:30 a.m. on October 24. The court will initiate the call.

IT IS SO ORDERED.

DATED this $\underline{10}^{\text{th}}$ day of October, 2012 at $\underline{11:20}$ o'clock $\underline{AM}$.

Michael H. Simon
United States District Judge

3  - ORDER